UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                               :
JUANITA MOTON, individually, and on behalf of    :    Case No. 1:26-cv-02811-DEH
others similarly situated,                            :
                               :
            Plaintiffs,                  :
                               :
    v.                                :
                               :
WILLIAMS LEA LLC,                     :
                               :
            Defendant.                 :
                               :
----------------------------------------------------------------- X

## NOTICE OF MOTION TO PARTIALLY DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Partially Dismiss Plaintiff's Complaint and upon all the pleadings and proceedings herein, Defendant Williams Lea LLC ("Defendant"), by the undersigned counsel, will move this Court, at a date and time to be determined by the Court, before The Honorable Dale E. Ho, United States District Court Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, New York 10007, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure granting Defendant's Motion to Partially Dismiss Plaintiff's Complaint and for such other and further relief as the Court may deem just and proper.

Dated:          June 26, 2026
                New York, NY

                                    SEYFARTH SHAW LLP
                                    Attorneys for Defendant

                                    By: */s/ Kyle D. Winnick*
                                    Kyle D. Winnick
                                    620 Eighth Avenue, 32nd Floor
                                    New York, New York 10018
                                    Telephone: (212) 218-5500
                                    kwinnick@seyfarth.com

                                    Noah A. Finkel (pro hac vice)
                                    233 South Wacker Drive, Suite 8000
                                    Chicago, IL 60606
                                    Telephone: (312) 460-5000
                                    nfinkel@seyfarth.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed the foregoing NOTICE OF MOTION AND DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Kyle D. Winnick*
Kyle D. Winnick
