UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANITA MOTON, *individually, and on behalf of others similarly situated,*

Plaintiff,

-against-

WILLIAMS LEA LLC,

Defendant.

26-CV-2811 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The pending motion to dismiss the original complaint (ECF 9) is deemed withdrawn. Plaintiff's letter-motion to extend the deadline (ECF 19) to respond to the motion to dismiss the amended complaint (ECF 17) falls within the scope of my reference and is GRANTED; the deadline is extended nunc pro tunc until **August 3, 2026**, and Defendant's reply in further support of the motion to dismiss the amended complaint shall be due by **August 31, 2026**. Any motion to stay discovery by Defendant shall be due by **August 31, 2026**, and Plaintiff's opposition to any such motion shall be due by September 8, 2026.

The Clerk of Court is respectfully requested to terminate ECF 9 and 19.

DATED: July 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**